IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAPID CIRCUITS, INC., ARTHUR L. HUDSON, THERESA G. HUDSON, FRANCIS E. ZYSK, and LORRAINE G. ZYSK | : <br> : <br> : <br> : CIVIL ACTION[1] <br> : |
| Plaintiffs, | : NO. 10-6401 <br> : NO. 10-5481 |
| v. | : NO. 10-0432 <br> : |
| SUN NATIONAL BANK <br> SUN BANCORP, INC. <br> DEEB, PETRAKIS, BLUM & MURPHY, P.C., and <br> INEZ M. MARKOVICH | : <br> : <br> : <br> : <br> : |
| Defendants. | |

### NOTICE TO MARK JUDGMENT SATISFIED

TO THE CLERK:

Kindly mark the judgment entered in the above matters on July 24, 2014, against Lorraine G. Zysk only, as satisfied.

                ZARWIN, BAUM, DeVITO, KAPLAN,
                SCHAER & TODDY, P.C.

                /s/Anthony R. Twardowski
                Anthony R. Twardowski, Esquire
                E-mail: artwardowski@zarwin.com
                1818 Market Street
                13th Floor
                Philadelphia, PA 19103
                215-569-2800

---

[1] The actions under these three docket numbers were consolidated. This Notice to Mark Judgment Satisfied should be filed on all three dockets to provide absolutely clear notice of the final outcome of this litigation.